THE PEOPLE OF THE STATE OF NEW YORK ex rel. BAY RIDGE SAVINGS BANK, Respondent, *v.* HENRY M. GOLDFOGLE et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Three Proceedings.)

(Argued March 1, 1934; decided March 20, 1934.)

*Arthur J. W. Hilly*, Corporation Counsel (*William H. King* and *Francis J. B. Mulry* of counsel), for appellants.

*James W. McLoughlin* and *Joseph J. Reiher* for respondent.

In each proceeding, order affirmed, with costs, and motion to dismiss appeal denied. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, HUBBS and CROUCH, JJ. O'BRIEN, J., dissents and votes for reversal. Not sitting: KELLOGG, J.